

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Jake A. Nussbaum*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, New Jersey 07102
jake.nussbaum@usdoj.gov

main: (973) 645-2700
direct:(973) 645-2752
fax:   (973) 297-2010

March 3, 2026

<u>Via ECF</u>
Hon. Brian R. Martinotti, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: *Perez Fabre v. Tsoukaris, et. al.*, No. 26-1430
      **Result of Petitioner's Bond Hearing**

Dear Judge Martinotti:

  This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's February 24, 2026 order, ECF No. 5, to report that an Immigration Judge held a bond hearing for Petitioner on March 2, 2026. The Immigration Judge granted Petitioner's request for a change in custody status and ordered that Petitioner be released from custody on a $18,000.00 bond. *See* Ex. A. We therefore respectfully request that Your Honor close this case.

  We thank the Court for its attention to this matter.

                 Respectfully submitted,

SO ORDERED.
_____
BRIAN R. MARTINOTTI, USDJ
DATED: MARCH 4, 2026

                 TODD BLANCHE
                 U.S. Deputy Attorney General

                 JORDAN FOX
                 Chief of Staff to the
                 Deputy Attorney General
                 Associate Deputy Attorney General
                 Special Attorney

            By: *s/Jake A. Nussbaum*
               Jake A. Nussbaum
               Assistant United States Attorney
               *Attorneys for Respondents*